UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND Celebrex<br>MARKET SALES PRACTICES, AND<br>PRODUCT LIABILITY LITIGATION<br><br>*This document relates to:*<br>**MICHAEL DAVID FOSTER**<br>    **Plaintiff,**<br><br>v.<br><br>**PFIZER INC.**<br>    **Defendant.** | MDL NO. 1699<br><br>STIPULATION AND ORDER<br>OF DISMISSAL<br>WITH PREJUDICE<br><br><br><br><br><br>Case No. 3:06-cv-05580-CRB |

It is hereby STIPULATED by and between all parties, through the respective counsel and pursuant to the Federal Rules of Civil Procedure 41(a)(1), that the claims of Plaintiff Michael David Foster in this action are dismissed with prejudice. Court costs are to be paid by party incurring same.

DATED: March 23, 2009

By _/s/ John David Hart_
John David Hart
State Bar No. 09147700
Law Offices of John David Hart
201 Main Street, Suite 1720
Fort Worth, TX 76102
817/870-2102
817/332-5858 (Fax)
johnhart@hartlaw.com

**ATTORNEY FOR PLAINTIFF**

DATED:   9/14/2009

By   /s/ John Dougherty

John Dougherty
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209
410-580-3000
410-580-3001 (Fax)

**ATTORNEY FOR DEFENDANT**

**PURSUANT TO THE TERMS SET FORTH IN PARTIES' STIPULATION, IT IS SO ORDERED.**

Dates:   Sept. 16, 2009

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA